UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

GEORGE B. KELLY, et al.,

      Plaintiffs,

      v.                           Case No. 20-1352-TC

MORTON SALT, INC.,

      Defendant and Third-Party Plaintiff,

      v.

ABC DEMOLITION SERVICES, LLC,

      Third-Party Defendant.

**AMENDED SCHEDULING ORDER**

The parties have filed a joint motion (ECF No. 44) to amend the scheduling order filed on April 15, 2021 (ECF No. 24).   For good cause shown, the motion is granted and the scheduling order is amended as follows:

     a.     Mediation shall be held no later than **January 31, 2022.**

     b.     All discovery shall be commenced or served in time to be completed by **January 31, 2022.**

     c.     Disclosures required by Fed. R. Civ. P. 26(a)(2), including reports from retained experts, are due from plaintiff by **November 15, 2021**, and from defendant by **January 10, 2022.**   Disclosures and reports by any rebuttal experts are due by **January**

1

**21, 2022**.

d.      The final pretrial conference is rescheduled from January 28, 2022, to **February 28, 2022, at 9:00 a.m.,** in the U.S. Courthouse, Room 223, 500 State Avenue, Kansas City, Kansas.   Unless otherwise notified, the undersigned magistrate judge will conduct the conference.   No later than **February 14, 2022**, defendant shall submit the parties' proposed pretrial order as an attachment to an e-mail directed to *ksd_ohara_chambers@ksd.uscourts.gov*.   It shall be in the form available on the court's website (*www.ksd.uscourts.gov*).

e.      The deadline for filing all other potentially dispositive is now **March 15, 2022.**

f.      The case shall remain set for trial on a trial calendar that will begin on **November 7, 2022.** The trial setting may be changed only by order of the judge presiding over the trial.

All other provisions of the original scheduling order shall remain in effect.   The schedule adopted in this amended scheduling order shall not be modified except by leave of court upon a showing of good cause.

IT IS SO ORDERED.

Dated September 24, 2021, at Kansas City, Kansas.

    s/ James P. O'Hara
James P. O'Hara
U.S. Magistrate Judge

2